UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ABEL,<br><br>                 Plaintiff,<br><br>   v.<br><br>UNIVERSITY CITY STUDIOS LLC,<br><br>                 Defendant. | Case No. 2:25-cv-00304-FLA (AGRx)<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE AND TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION** |

1  On January 21, 2025, the court set a Scheduling Conference for March 7, 2025, at 1:00 p.m., and ordered the parties to file a Joint Rule 26(f) Report at least 14 days before the Scheduling Conference.  Dkt. 8 at 2–6.  The parties did not do so.  Accordingly, the court ORDERS as follows:

    1.    The Scheduling Conference is CONTINUED to March 21, 2025, at 1:30 p.m.

    2.    The parties shall FILE a Joint Rule 26(f) Report on or before March 10, 2025.

    3.    Plaintiff Christina Abel is ORDERED to show cause ("OSC") in writing within fourteen (14) days of this order why the court should not dismiss this action for lack of prosecution.  *See* Fed. R. Civ. P. 41(b).  Failure to respond timely will result in dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: March 5, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge